O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN LEE HANSON, | ) | NO. CV 11-7586 CAS (SS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ACCEPTING FINDINGS,** |
| v. | ) | |
| | ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| DR. SINAVSKY, | ) | |
| | ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint in the above-captioned matter, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

**IT IS ORDERED** that Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is **DENIED** without prejudice to raising a failure to exhaust defense on summary judgment.

**IT IS FURTHER ORDERED** that Defendant shall file an Answer to the Second Amended Complaint within fourteen (14) days of the date of this Order.

The Clerk shall serve copies of this Order by United States mail on Plaintiff and on counsel for Defendant.

DATED: October 30, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE