O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN LEE HANSON, | ) | NO. CV 11-7586 CAS (SS) |
| Plaintiff, | ) | **ORDER ACCEPTING FINDINGS,** |
| v. | ) | **CONCLUSIONS, AND RECOMMENDATIONS** |
| DR. SINAVSKY, | ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, Defendant's Motion for Summary Judgment, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

**IT IS ORDERED** that Defendant's Motion for Summary Judgment, construed as an unenumerated Rule 12(b) motion in abatement, is GRANTED.

**IT IS FURTHER ORDERED** that Judgment shall be entered dismissing this action without prejudice.

The Clerk shall serve copies of this Order and the Judgment herein on Plaintiff at his current address of record and on counsel for Defendant.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 28, 2013

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

2