JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN LEE HANSON, | ) | NO. CV 11-7586 CAS (SS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| DR. SINAVSKY, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:   August 28, 2013

/s/ Christina A. Snyder

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE